IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SETTLEMENT FUNDING LLC, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. H-12-2044 |
| § | |
| RSL FUNDING, LLC, et al., § | |
| § | |
| Defendants. § | |
| § | |
| v. § | |
| § | |
| JLL PARTNERS, INC., et al., § | |
| § | |
| Third-Party Defendants. § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated August 30, 2013,[1] the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court. The causes of action filed against JGWPT Holdings, LLC, David Miller, and JLL Partners, Inc., are dismissed for want of personal jurisdiction.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, this 16th day of September, 2013.

SIM LAKE
UNITED STATES DISTRICT JUDGE

---

[1] The parties filed no objections to the Memorandum and Recommendation.