IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SETTLEMENT FUNDING LLC, et al., | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-12-2044 |
| RSL FUNDING, LLC, et al., | § § | |
| Defendants. | § § | |
| v. | § § | |
| JLL PARTNERS, INC., et al., | § § | |
| Third-Party Defendants. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM, RECOMMENDATION, AND ORDER

Having reviewed the Magistrate Judge's Memorandum, Recommendation, and Order dated February 25, 2014,[1] the court is of the opinion that said Memorandum, Recommendation, and Order should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum, Recommendation, and Order is hereby **ADOPTED** by this court.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, this 12th day of March, 2014.

SIM LAKE
UNITED STATES DISTRICT JUDGE

---

[1] The parties filed no objections to the Memorandum and Recommendation.